**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed December 12, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-19-00968-CR

## IN RE PATRICIO ESTRADA, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**179th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1404467**

---

## MEMORANDUM OPINION

On December 6, 2019, relator Patricio Estrada filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to grant a default judgment in his favor on his application for writ of habeas corpus or, alternatively, suspend his sentence pending a final ruling on his application.

A court of appeals does not have original jurisdiction over habeas corpus proceedings in criminal matters. *Chavez v. State*, 132 S.W.3d 509, 510 (Tex. App.—Houston [1st Dist.] 2004, no pet.) (citing Tex. Gov't Code Ann. § 22.221); *see also Ex parte Hearon*, 3 S.W.3d 650, 650 (Tex. App.—Waco 1999, orig. proceeding) (holding that court of appeals did not have jurisdiction to grant habeas relief in pending criminal matter). The Texas Code of Criminal Procedure vests power over original habeas corpus proceedings in criminal cases in the Texas Court of Criminal Appeals, the district courts, the county courts, or a judge of those courts. Tex. Code Crim. Proc. Ann. art. 11.05. Therefore, we have no jurisdiction to consider relator's request for relief.

Accordingly, we order relator's petition dismissed for lack of jurisdiction.


PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.
Do Not Publish — Tex. R. App. P. 47.2(b).